UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE LEE DIXON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:17-CV-962 DDN |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent, ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on review of petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner has failed to pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than twenty-eight (28) days from this Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this 15th day of March, 2017.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE